# SCHEDULE A
# TO THE DECLARATION OF THE HONORABLE ABUBAKAR MULAMI, ATTORNEY GENERAL OF THE FEDERATION AND MINISTER OF JUSTICE OF NIGERIA

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 1. | Gas Processing and Supply Agreement dated January 11, 2010 |
| 2. | *U.S. v. The M/Y Galactica Star*, 4:17-cv-02166 (S.D.Tex.) (Houston Div.) Complaint |
| 3. | Bloomberg Businessweek Article – "Is One of the World's Biggest Lawsuits Built on a Sham?" (September 4, 2019) |
| 4. | Independent.i.e. Article – "Irishman 'working as Russian Spy'" (October 17, 2006) |
| 5. | First Witness Statement of Michael Quinn |
| 6. | Final Arbitration Award dated January 31, 2017 |
| 7. | Kobre & Kim LLP Lobbying Registration |
| 8. | Witness Statement of Muhammad Kuchazi dated September 5, 2018 |
| 9. | Witness Statement of Taofiq A. Tijani dated January 12, 2020 |
| 10. | P&ID Letter to Kore Holdings dated March 19, 2010 |
| 11. | Witness Statement of Grace Taiga dated September 11, 2019 |
| 12. | E-mail dated September 16, 2015, from Brendan Cahill to Grace Taiga |
| 13. | Grace Taiga US Dollar Bank Account Statements (August 19, 2014 – September 10, 2019) |
| 14. | Grace Taiga Naira Bank Account Statements (August 19, 2014 – September 10, 2019) |
| 15. | Industrial Consultants International Limited ("ICIL") Registration |
| 16. | ICIL 2018 Irish Annual Returns |

| 17. | Eastewise Trading Ltd. Cayman Island Registration |
|---|---|
| 18. | 2009-2016 Dr. Lukman Bank Account Statements |
| 19. | Lurgi Consult Limited Report |
| 20. | Witness Statement of Odien Ajumogobia dated September 7, 2019 |
| 21. | Second Witness Statement of James Nolan dated August 10, 2019 |
| 22. | October 14, 2009 Meeting Report of ADDAX Petroleum |
| 23. | Memorandum of Understanding dated July 22, 2009 |
| 24. | Telegraph Article – "Nigerian president Umaru Yar'Adua dies after months illness" (May 6, 2010) |
| 25. | Financial Times Article – "Acting president dissolves Nigeria cabinet" (March 17, 2010) |
| 26. | Bloomberg Business Article – "Former Nigerian OPEC Secretary General Lukman Dies at 75" (July 21, 2014) |
| 27. | Minutes of Ministerial Stakeholders Meeting conducted on August 10, 2010 |
| 28. | Minutes of Stakeholders Alignment Meeting conducted on August 30, 2010 |
| 29. | Witness Statement of Taofiq Tijani dated November 12, 2019 |
| 30. | Witness Statement of Gholahan Okesanya dated September 10, 2019 |
| 31. | Companies Allied Matters Act 2004 |
| 32. | Public Procurement Act 2007 |
| 33. | Bureau of Public Procurement Letter dated September 2, 2019 |
| 34. | Infrastructure Concession Regulatory Commission Act 2005 |
| 35. | Infrastructure Concession Regulatory Commission Memorandum dated September 4, 2019 |
| 36. | National Office for Technology Acquisition and Promotion Act |
| 37. | Office of Technology Letter to EFCC dated August 23, 2019 |
| 38. | Letter from Grace Taiga to Permanent Secretary dated January 21, 2010 |

| | |
|---|---|
| 39. | Letter from Grace Taiga to NNPC and the Director of Petroleum dated January 15, 2010 |
| 40. | Letter from NNPC to the Petroleum Ministry dated June 9, 2010 |
| 41. | Letter from P&ID to Nigeria dated May 10, 2012 |
| 42. | Letter from P&ID Commencing Arbitration dated August 22, 2012 |
| 43. | P&ID Statement of Case dated June 28, 2013 |
| 44. | Partial Arbitration Award on Jurisdiction dated July 3, 2014 |
| 45. | Partial Arbitration Award on Liability dated July 17, 2015 |
| 46. | Petroleum Ministry Letter to P&ID dated November 30, 2012 |
| 47. | The Times Article – "Extradition call for 'corrupt' oil minister Diezani Alison-Madueke" (December 19, 2018) |
| 48. | The New Times Article – "Nigeria seizes $21m from ex-oil minister" (August 29, 2017) |
| 49. | International Business Times Article – "Former Nigeria oil minister Diezani Alison-Madueke charged with money laundering" (April 6, 2017) |
| 50. | Lismore Capital Ltd Cayman Island Directors Report |
| 51. | General Danjuma Services Agreement dated June 27, 2006 |
| 52. | Tita Kura Petrochemicals Limited Agreement dated September 6, 2006 |
| 53. | Tita Kura Letter to EFCC dated September 20, 2019 |
| 54. | B.B. Dan-Habu Letter to the Nigerian Police Force dated October 22, 2010 |
| 55. | Vlok P&ID Financial Reports and Invoices – 2006 |
| 56. | Vlok P&ID Financial Reports and Invoices – Backup |
| 57. | Directors of Kran Developments |
| 58. | E-mail dated August 24, 2007 from Vlok to Hitchcock |
| 59. | P&ID Facts Report |
| 60. | Letter from Shell Petroleum dated September 9, 2019 |

| 61. | Letter from Nigerian Electricity Commission dated September 17, 2019 |
| --- | --- |
| 62. | Letter from Bureau of Public Enterprises dated November 19, 2019 |
| 63. | Nigerian National Budget 2019 |
| 64. | 1999 Nigerian Constitution |
| 65. | Council on Foreign Relations Article – "Nigeria Sees More High Level Corruption Convictions Under Buhari" (May 31, 2018) |
| 66. | Sahara TV Article – "Barrister Nwobike: A Senior Advocate's Road to Prison" (May 1, 2018) |
| 67. | Share Reporters Article – "Breaking: Court Jails Jolly Nyame, Ex-Taraba Governor, For 14 Years Over N1.64bn Fraud" (May 30, 2018) |
| 68. | Global Witness Article – "Landmark Prosecution As Nigerian Authorities Charge Shell And Eni Over Shady $1.1 Billion OPL 245 Deal" (March 1, 2017) |
| 69. | Prompt News Article – "N23bn Bribe: EFCC Charges Alison-Madueke INEC Staff To Court" (April 6, 2017) |
| 70. | News Agency of Nigeria Article – "Buhari meets members of advisory committee against corruption" (October 10, 2019) |
| 71. | Institute of Development Studies – "Can Buhari's Whistle-Blowers' Policy stem corruption in Nigeria?" (August 29, 2017) |
| 72. | 2017-2021 National Anti-Corruption Strategy |
| 73. | Premium Times Article – "Why Judge jailed ex-governor Joshua Dariye for misappropriating Plateau funds (DETAILS)" (June 13, 2018) |
| 74. | Letter from Attorney General Malami to EFCC dated June 28, 2018 |
| 75. | Letter from EFCC to the Petroleum Ministry dated August 3, 2018 |
| 76. | Letter from EFCC to the Department of Corporate Affairs dated August 3, 2018 |
| 77. | Letter from EFCC to Nigerian Content Development dated August 3, 2018 |
| 78. | Letter from EFCC to Bureau of Public Procurement dated August 3, 2018 |
| 79. | Letter from EFCC to Ministry of Lands dated January 11, 2019 |

| 80. | Letter from EFCC to Federal Inland Revenue Service dated January 28, 2019 |
|---|---|
| 81. | Letter from EFCC to Technology Ministry dated August 23, 2019 |
| 82. | Infrastructure Concession Regulatory Commission Memorandum dated September 4, 2019 |
| 83. | EFCC Letters to Nigerian Government Agencies |
| 84. | Letter from ADDAX to the Nigerian Police Force dated September 16, 2019 |
| 85. | Letter from ExxonMobil to the Nigerian Police Force dated October 9, 2019 |
| 86. | Letter from EFCC to Guaranty Trust Bank dated August 23, 2019 |
| 87. | Letter from Zenith Bank to the Nigerian Police Force dated October 2, 2019 |
| 88. | Letter from the Nigerian Solicitor General to the Inspector General of the Police Force dated August 20, 2019 |
| 89. | Letter from Guaranty Trust Bank to EFCC dated August 26, 2019 |
| 90. | P&ID Bank Statements from Guaranty Trust Bank |
| 91. | List of P&ID Associated Companies |
| 92. | Letter from Federal Inland Revenue Service to EFCC dated August 28, 2019 |
| 93. | Letter from Anti-Money Laundering Unit to EFCC dated September 3, 2019 |
| 94. | Letter from Ministry of Lands to the Nigerian Police Force dated September 4, 2019 |
| 95. | High Court of Nigeria Judgment of Justice dated September 19, 2019 |
| 96. | High Court of Nigeria Order of Justice dated September 19, 2019 |
| 97. | 2007-2014 ICIL Ltd's USD Bank Account Statements |
| 98. | Additional Taofiq Tijani Bank Statements |
| 99. | Letter from Zenith Bank to Nigerian Police Force dated October 2, 2019 |
| 100. | Amended Charges Against P&ID dated September 17, 2019 |
| 101. | Witness Statement of Taofiq Tijani dated December 17, 2019 |

| 102. | Witness Statement of Olasupo Shasore dated December 24, 2019 |
|---|---|
| 103. | SESFTF Cayman Islands Company Extract |
| 104. | E-mail dated January 12, 2010 from Adumu Usman to Neil Hitchcock |
| 105. | Statement of Payments by SESTF to ICIL Ltd. |
| 106. | Statement of Payments from SESFTF to P&ID |
| 107. | Witness Statement of Ibrahim Haske Dikko dated January 13, 2020 |
| 108. | Grace Taiga Citibank Payments |
| 109. | Letter from P&ID dated January 8, 2014 |
| 110. | Letter from P&ID dated September 16, 2019 |
| 111. | First Amended Charge Against Goidel Resources Limited, ICIL Limited and James Nolan dated November 20, 2019 |
| 112. | Charges Against Grace Taiga dated September 19, 2019 |
| 113. | Punch Newspapers Article – "Court orders arrest of P&ID owner's son, Quinn" (December 19, 2019) |
| 114. | Letter from Grace Taiga to Minister of Petroleum dated December 18, 2009 |
| 115. | E-mail dated August 6, 2013 from Harcus Sinclair to Lord Hoffman |
| 116. | Bloomberg Politics Article "Nigeria Ex-Justice Minister Charged Over $1.3 Billion Oil Deal" (January 24, 2020) |
| 117. | Letter from Petroleum Ministry to Attorney General Malami dated June 12, 2018 |
| 118. | Letter from President Deputy Chief of Staff, Abba Kyan to Chief of Staff of Vice President dated June 26, 2018 |
| 119. | Letter from Attorney General Malami to EFCC dated June 28, 2018 |
| 120. | Payments from ICIL to Grace Taiga |
| 121. | P&ID Incorporation Documents (July 2006) |
| 122. | P&ID Current Account Letter dated August 7, 2006 |
| 123. | FTI Consulting Report |