UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF THE FEDERAL REPUBLIC OF NIGERIA and ABUBKAR MALAMI, THE ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA<br><br>Applicants. | 20 Misc. 169<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Applicant has filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. It is hereby

**ORDERED** that Applicant shall serve all interested parties, including the subpoena recipient(s), with the papers in support of the application by **April 8, 2020.** It is further

**ORDERED** that responsive papers, if any, are due by **April 17, 2020**. Reply papers, if any, are due by **April 24, 2020**. No submissions may exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated:  March 27, 2020
        New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE