UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF THE FEDERAL REPUBLIC OF NIGERIA AND ABUBAKAR MALAMI, THE ATTORNEY GENERAL OF THE FEDERAL REPUBLIC OF NIGERIA<br><br>Applicant. | 20 Misc. 169<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic conference was held on July 9, 2020.  It is hereby

**ORDERED** that the parties shall meet and confer as discussed at the telephonic conference to determine whether any document disputes can be resolved without Court intervention.  The parties shall file a joint letter by **July 15, 2020**, advising the Court on the results of the meet and confer process.  It is further

**ORDERED** that if any disputes remain after the parties meet and confer, the parties shall file simultaneous letter briefs on **July 21, 2020**, stating their respective positions on how the Court should dispose of the remaining document disputes.  The letter briefs may be no greater than four pages, single spaced.

During the conference, Applicant described a proposed protective order that is "pending before the Court."  Applicant is requested to provide the docket number of the proposed order.  The Clerk of Court is respectfully directed to close docket number 19.

Dated: July 9, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**